IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CICELIA REESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-061 |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 17.) The Magistrate Judge recommended affirming the Acting Commissioner's final decision that Plaintiff was not disabled, finding the Administrative Law Judge ("ALJ") did not err in her evaluation of the medical evidence or Plaintiff's credibility and thoroughly explained her rationale for determining Plaintiff has the residual functional capacity ("RFC") for medium work. (See doc. no. 15.)

In her objections, Plaintiff relies on the already-discredited argument that because she reported a lengthy list of ailments, she presumably must have limitations that were not accounted for when the ALJ determined Plaintiff has the RFC for medium work. (See, e.g., doc. no. 17, pp. 3-4.) However, as explained by the Magistrate Judge, disability hinges on the functional limitations attendant to diagnoses that would prevent an individual from

working, not the mere existence of an impairment. (Doc. no. 15, pp. 8, 15-16.) Thus, for example, Plaintiff objects to perceived improper consideration of peripheral vascular disease and diabetic skin and infection complications. (Doc. no. 17, p. 4, (citing R. 372).) The Magistrate Judge explained Plaintiff's reported ailments, including problems with her feet in 2012 related to her diabetes, were by and large successfully treated or managed with the use of medication, causing no reported side effects, or otherwise minimal treatment, (doc. no. 15, pp. 14-15 (citing R. 15-18).) Therefore, the Court **OVERRULES** Plaintiff's objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Acting Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Acting Commissioner.

SO ORDERED this 15th day of June, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2